**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AF-Southeast, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1778002** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **845 Third Avenue, 8th Floor** <br> **New York, NY 10002** | **c/o PMCM, LLC** <br> **110 Commons Court** <br> **Chadds Ford, PA 19317** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | **Location of principal assets, if different from principal place of business** |
| County | **Florida and Georgia as holding company of subsidiaries Allied Fiber - Florida, LLC, and Allied Fiber - Georgia, LLC** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.alliedfiber.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **AF-Southeast, LLC**

Name                                          Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7110

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **AF-Southeast, LLC**
_____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in** *this district?*    Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    Check one:

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **AF-Southeast, LLC**
_____
Name

Case number (*if known*) _____

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2016**
_____
MM / DD / YYYY

X _____    **Scott Drake**
Signature of authorized representative of debtor    _____
Printed name

Title    **Sole Manager**
_____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **April 20, 2016**
_____
MM / DD / YYYY

**L. John Bird**
_____
Printed name

**Fox Rothschild LLP**
_____
Firm name

**919 North Market Street, Suite 300**
**Wilmington, DE 19801**
_____
Number, Street, City, State & ZIP Code

Contact phone    **302-654-7444**    Email address    **lbird@foxrothschild.com**

**5310**
_____
Bar number and State

| Debtor | **AF-Southeast, LLC** | Case number (*if known*) |
| | Name | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Attachment</u>

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Allied Fiber - Florida, LLC** | | | Relationship to you | **Wholly-owned subsidiary** |
| District | **District of Delaware** | When | **4/20/16** | Case number, if known | **TBD** |
| Debtor | **Allied Fiber - Georgia, LLC** | | | Relationship to you | **Wholly-owned subsidiary** |
| District | **District of Delaware** | When | **4/20/16** | Case number, if known | **TBD** |

**AF-SOUTHEAST, LLC**

ACTION OF THE
UNDERLINE MANAGERS BY UNANIMOUS CONSENT IN WRITING

The undersigned, being the sole Manager of AF-Southeast, LLC (the "Company"), a Delaware limited liability company, does hereby adopt and approve the following resolutions by unanimous written consent of the sole Manager of the Company:

> **WHEREAS**, the undersigned deems it desirable and in the best interests of the Company, its creditors and its member to cause the Company to file a voluntary petition (a "Petition") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court District of Delaware, or such other court as the Manager shall determine to be appropriate (the "Bankruptcy Court");

> **WHEREAS**, the Company is the sole member of Allied Fiber - Georgia, LLC and Allied Fiber - Florida, LLC, each a Delaware limited liability company (together, the "Subsidiaries"); and

> WHEREAS, the undersigned deem it desirable and in the best interests of the Subsidiaries, the Subsidiaries' creditors, the Company, the Company's creditors and the Company's member that the Subsidiaries file a Petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

> **NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file a Petition under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

> **FURTHER RESOLVED**, that the Company shall be, and hereby is, authorized to cause the Subsidiaries to file a Petition under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

> **FURTHER RESOLVED**, that the Manager of the Company, is hereby authorized and empowered, as and when he deems appropriate, to execute and verify on behalf of, and in the name of, the Company, on its own behalf and on behalf of the Subsidiaries, any Petitions under chapter 11 of the Bankruptcy Code, and to cause such Petition(s) and any affidavits, forms, schedules, lists, motions, applications or any other pleadings or

documents that are necessary or appropriate to commence a voluntary bankruptcy case with respect to the Company and the Subsidiaries to be filed in the Bankruptcy Court;

**FURTHER RESOLVED**, that the Manager be, and hereby is, authorized and empowered to execute on behalf of, and in the name of, the Company, on its own behalf and on behalf of the Subsidiaries, any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as the Manager shall determine;

**FURTHER RESOLVED**, that the Manager shall be, and is hereby, authorized, directed and empowered to retain, on behalf of the Company, on its own behalf and on behalf of the Subsidiaries, the law firm of Fox Rothschild LLP, and such additional professionals, including, without limitation, attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in the Manager's judgment may be necessary in connection with the Company's and the Subsidiaries' chapter 11 case or other related matters, upon such terms and conditions as the Manager shall approve;

**FURTHER RESOLVED**, that the Manager shall be, and is hereby, authorized, directed and empowered to retain, on behalf of the Company, PMCM, LLC, to provide a Chief Restructuring Officer ("CRO"), and such additional professionals, including, without limitation, the employees of subsidiaries of affiliates of PMCM, LLC and/or select independent contractors, and to designate Michael E. Jacoby to serve as CRO for the Company, in each case as in the Manager's judgment may be necessary in connection with the Company's chapter 11 case or other related matters, upon such terms and conditions as the Manager shall approve;

**FURTHER RESOLVED**, that the Manager is hereby authorized and directed to take any and all further action, and to execute and deliver, in the name of and on behalf of the Company, on its own behalf and on behalf of the Subsidiaries, any and all such other and further instruments and documents (including any instruments and documents related to the incurrence of debtor-in-possession indebtedness (including any debtor-in-possession loan agreements and related documents)), and to pay all such expenses (subject to Bankruptcy Court approval, if required), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that the Manager shall be, and is hereby, authorized, empowered and directed, in the name of and on behalf of the Company, to enter into, execute and deliver that certain Senior Secured

2

Super Priority Amended and Restated Loan Agreement (the "<u>Loan Agreement</u>"), together with all other agreements delivered or executed from time in connection therewith (as thereafter amended, restated, supplemented or otherwise modified from time to time, together with the Loan Agreement, the "<u>Post-Petition Loan Documents</u>"), with Strome Mezzanine Fund IV, L.P. (the "<u>Lender</u>") to obtain a Senior Secured Super Priority Post-Petition Loan from Lender (the "<u>DIP Facility</u>") pursuant to the terms and agreements set forth in the Post-Petition Loan Documents in connection with the Company's chapter 11;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Company, on its own behalf and on behalf of the Subsidiaries, the Manager or any officer of the Company in connection with the filing of any Petitions under chapter 11 of the Bankruptcy Code, or otherwise in connection with the chapter 11 case(s) of the Company and the Subsidiaries, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Manager is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Manager, a true copy of the foregoing resolutions; and

**FURTHER RESOLVED**, that these resolutions may be executed in one or more counterparts, and when all of the Members and Managers of the Company have executed at least one counterpart hereof, then the foregoing preamble and resolutions shall be deemed to be adopted and in full force and effect.

*(Remainder of page intentionally left blank.  Signature page follows.)*

3

IN WITNESS THEREOF, I hereto set my hand this 20th day of April, 2016.

**Sole Manager:**

Scott Drake

Fill in this information to identify the case:

Debtor name    **AF-Southeast, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2016**    X _____
Signature of individual signing on behalf of debtor

**Scott Drake**
Printed name

**Sole Manager**
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | AF-Southeast, LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allied Fiber, LLC 845 Third Avenue, 8th Floor Attn: Chief Financial Officer New York, NY 10022** | | | | | | **$16,196,308.00** |
| **Delaware Secretary of State Division of Corporations P.O. Box 5509 Binghamton, NY 13902-5509** | | Fees | | | | **$300.00** |
| **National Corporate Research, LTD 10 East 40th Street, 10th Floor New York, NY 10016** | | Trade debt | | | | **$498.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re    **AF-Southeast, LLC**                                  Case No. _____

                                     Debtor(s)             Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Allied Fiber, LLC**<br>**845 Third Avenue, 8th Floor**<br>**New York, NY 10002** | **Member Interest** | **100%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Sole Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 20, 2016**                     Signature                              

                                                                      **Scott Drake**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   __AF-Southeast, LLC__ _____   Case No. _____

_____   Chapter   __11__ _____

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.


Date:   __April 20, 2016__ _____        _____ EVP

**Scott Drake/Sole Manager**
Signer/Title

AF-Southeast, LLC
c/o PMCM, LLC
110 Commons Court
Chadds Ford, PA 19317

L. John Bird
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

AF-Southeast, LLC
Attn: Chief Financial Officer
845 Third Avenue, 8th Floor
New York, NY 10022

Allied Fiber - Florida, LLC
Attn: Chief Financial Officer
845 Third Avenue, 8th Floor
New York, NY 10022

Allied Fiber - Georgia, LLC
Attn: Chief Financial Officer
845 Third Avenue, 8th Floor
New York, NY 10022

Allied Fiber, LLC
845 Third Avenue, 8th Floor
Attn: Chief Financial Officer
New York, NY 10022

Allied Fiber, LLC
Attn: Members
601 Lexington Avenue, 59th Floor
New York, NY 10022

Allied Fiber, LLC
845 Third Avenue, 8th Floor
New York, NY 10002

Andrew Thompson
7451 Rozena Drive
Longmont, CO 80503

Delaware Department of Finance
Division of Revenue
820 N. French Street
Wilmington, DE 19801

Delaware Secretary of State
Division of Corporations
P.O. Box 5509
Binghamton, NY 13902-5509

Fox Rothschild LLP
2000 Market St., 10th fl
Attn: M. Menkowitz, P. Labov, J. Manfrey
Philadelphia, PA 19103

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Internal Revenue Service
District Director
1352 Marrows Road
Newark, DE 19711-5475

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John McAdoo
444 County Route 14
Rensselaer Falls, NY 13680

Jonathan Montalto
2791 SW 71st Terrace, Apt. 910
Davie, FL 33314

JP Morgan Chase
Attn: Bob Giampietro, Vice Pres. Rel. Mg
395 North Service Road, 3rd Floor
Melville, NY 11747

Kristin Zaky
2519 N. Ocean Blvd. # 506
Boca Raton, FL 33431

Linda J. Casey, Esq. - Trial Attorney
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Michael Berman, Esquire
Securities & Exchange Commission
Office of General Counsel - Bankruptcy
15th & Pennsylvania Ave. NW
Washington, DC 20020

Michael Miller
8595 Hope Mews Court
Atlanta, GA 30350

Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
Attn: Stephen J. Gulotta, Jr., Esq.
666 Third Avenue
New York, NY 10017

National Corporate Research, LTD
10 East 40th Street, 10th Floor
New York, NY 10016

Neligan Foley LLP
Attn: Patrick J. Neligan, Jr., Esq.
325 N. St. Paul, Suite 3600
Dallas, TX 75201

Office of the Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

Patrick Opelt
1145 Cleveland Hall Blvd.
Old Hickory, TN 37138

Phoenix Fund, LLC
c/o Edward G. R. Bennett, Esq.
Evans, Varter, Kunes & Bennett, P.A.
115 Church Street
Charleston, SC 29401

Ric Conde
134 Oak St.
Natick, MA 01760

Richards, Layton & Finger, P.A.
Attn: Mark Collins, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Scott Drake
308 Falls Way
Woodstock, GA 30188

Secretary of State
Div. of Corporate Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Securities & Exchange Commission
Attn: Nathan Fuchs
New York Regional Office
233 Broadway
New York, NY 10279

Strome Mezzanine Fund IV, LP
c/o Strome Investment Management, LP
Attn: Mark E. Strome
100 Wilshire Blvd., Suite 1750
Santa Monica, CA 90401

Terence Kannengieser
100 Columbus Drive, Apt. 2614
Jersey City, NJ 07302

Timothy Damschroder
Bodman PLC
201 South Division Street, Suite 400
Ann Arbor, MI 48104

William M. Hitchcock
712 Main Street, Suite 2150
Houston, TX 77002

# United States Bankruptcy Court
## District of Delaware

In re   __AF-Southeast, LLC__ _____

                                    Debtor(s)

Case No. _____
Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __AF-Southeast, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Allied Fiber, LLC**
**845 Third Avenue, 8th Floor**
**New York, NY 10002**

☐ None [*Check if applicable*]

**April 20, 2016**
_____
Date

_____
**L. John Bird**
Signature of Attorney or Litigant
Counsel for   **AF-Southeast, LLC**
**Fox Rothschild LLP**
**919 North Market Street, Suite 300**
**Wilmington, DE 19801**
**302-654-7444 Fax:302-656-8920**
**lbird@foxrothschild.com**