# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | AF-SOUTHEAST, LLC |
| **Case Number:** | 16-11008-KG        **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 22, 2016 10:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matter:

First Day Motions
**R / M #:**   17 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#I - Voluntary Petitions
#II - First Day Motions
#1 - Joint Administration - ORDER SIGNED
#2 - Cash Management - Interim ORDER SIGNED - Date 5/13/16 @ 10:00 am; Objection Deadline -4/9/16
#3 - Utility Motion - Interim ORDER SIGNED - Date 5/13/16 @ 10:00 am
#4 - Prepetition Wages - ORDER SIGNED
#5 - Postpetition Financing - DIP - Revised Order to be submitted Under Certification of Counsel (Exhibit D2) - Date 5/13/16 @ 10:00 am
#6 - Declaration of Scott Drake - Admitted (Exhibit D1)
#7 - Prepetition Taxes and Fees - Interim ORDER SIGNED - Date 5/13/16 @ 10:00 am