# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| AF-SOUTHEAST, LLC,[1] | : Case No. 16-11008 (KG) |
| Debtor. | : |
| In re: | : Chapter 11 |
| ALLIED FIBER - FLORIDA, LLC, | : Case No. 16-11009 (KG) |
| Debtor. | : |
| In re: | : Chapter 11 |
| ALLIED FIBER - GEORGIA, LLC, | : Case No. 16-11010 (KG) |
| Debtor. | : **Related D.I.: 3** |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1

Upon the Motion of AF-Southeast, LLC, *et al.* (the "<u>Debtors</u>"), the Debtors and debtors-in-possession in the above captioned cases, pursuant to pursuant to Fed. R. Bankr. P. 1015(B) and Del. Bankr. L.R. 1015-1 for the joint administration of the Debtors' chapter 11 cases for procedural purposes only (the "<u>Motion</u>"); and the Court having reviewed the Motion; and it further appearing that the Court has jurisdiction over this matter; and it further appearing that the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; and it further appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: (i) AF-Southeast, LLC (8002); (ii) Allied Fiber – Florida, LLC (8111); and (iii) Allied Fiber – Georgia, LLC (2935).

the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED **as set forth herein**.

2. The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | : Chapter 11 |
|---|---|
| AF-SOUTHEAST, LLC, *et al.*,[1] | : Case No. 16-11008 (KG) |
| Debtors. | : (Jointly Administered) |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: (i) AF-Southeast, LLC (8002); (ii) Allied Fiber – Florida, LLC (8111); and (iii) Allied Fiber – Georgia, LLC (2935).

4. In addition, the Debtors request that the Court direct the Clerk to make a notation substantially similar to the following on the docket of each Debtor:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 16-11008 (KG) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:

2

5. This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

Dated: April 22, 2016

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE