Fill in this information to identify the case:

Debtor name: **Allied Fiber - Florida, LLC**
United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**
Case number (if known): **16-11009 KG**

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlantic Tower Services, Inc. 2544 E. Landstreet Rd., Ste 600 Orlando, FL 32824 | | Trade debt | | | | $2,789.53 |
| Brevard County Tax Collector P.O. Box 2500 Titusville, FL 32781 | | Taxes and fees | | | | $37,870.70 |
| Broward County Tax Collector 115 S. Andrews Ave. #A100 Fort Lauderdale, FL 33301-1895 | | Taxes and fees | | | | $14,599.28 |
| Equinix, Inc. 4252 Solutions Center Rocky Hill, CT 06067-7000 | | Trade debt | | | | $2,804.78 |
| Florida East Coast Railway -FTP P.O. Box 743125 Atlanta, GA 30374-3125 | | Trade debt | | | | $6,770.25 |
| Florida East Coast Railway, LLC P.O. Box 743125 Atlanta, GA 30374-3125 | | Trade debt | | | | $1,000.00 |
| Indian River Tax Collector Attn: Carol Jean Jordan, Tax Collector P.O. Box 1509 Vero Beach, FL 32961-1509 | | Taxes and fees | | | | $9,491.62 |

Debtor **Allied Fiber - Florida, LLC**　　　　　　　　　　　　　　　Case number *(if known)* **16-11009 KG**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Martin County RE Taxes** Attn: Ruth Pietruszewski, Tax Collector 3485 SE Willoughby Blvd Stuart, FL 34994 | | Real estate taxes and fees | | | | $13,176.34 |
| **Miami -Dade County Tax Collector** 200 N.W. 2nd Avenue Miami, FL 33128 | | Taxes and fees | | | | $10,926.99 |
| **Michael Corrigan, Tax Collector** Attn: Tax Department 231 E. Forsyth Street Jacksonville, FL 32202 | | Duval County taxes and fees | | | | $25,357.14 |
| **Peak View Enterprises LLC** 500 Maplehurst Dr. Highland Ranch, CO 80126 | | Trade Debt | | | | $22,279.07 |
| **R&G Telecommunications Group** 8206 NW 14 Street Miami, FL 33126 | | Trade debt | | | | $4,530.00 |
| **St. John's County Tax Collector** Attn: Dennis W. Hollingsworth, Tax Coll. P.O. Box 9001 Saint Augustine, FL 32085-9001 | | Taxes | | | | $25,448.58 |
| **St. Lucie County RE Taxes** Attn: St. Lucie Tax Collector P.O. Box 308 Fort Pierce, FL 34954-0308 | | Real estate taxes | | | | $32,171.07 |
| **Sunshine State One Call of Florida, Inc.** 11 Plantation Road Debary, FL 32713 | | Trade debt | | | | $1,322.96 |

| Debtor | **Allied Fiber - Florida, LLC** | | Case number *(if known)* | **16-11009 KG** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Suzanne Johnston, Tax Collector**<br>**Flagler County Tax Collector**<br>**P.O. Box 846**<br>**Bunnell, FL 32110** | | **Flagler County taxes and fees** | | | | $13,014.58 |
| **Tax Collector, Palm Beach County**<br>**301 N. Olive Ave.**<br>**West Palm Beach, FL 33401** | | **Taxes and fees** | | | | $68,827.74 |
| **Terremark North America LLC**<br>**P.O. Box 864416**<br>**Orlando, FL 32886-4416** | | **Trade debt** | | | | $7,296.00 |
| **USIC Locating Services, LLC**<br>**P.O. Box 713359**<br>**Cincinnati, OH 45271** | | **Trade debt** | | | | $28,536.54 |
| **Volusia County RE Taxes**<br>**Revenue Division**<br>**123 W. Indiana Ave., Room 103**<br>**Deland, FL 32720** | | **Volusia County real estate taxes and fees** | | | | $25,009.46 |