## EXHIBIT 2

**SALE ORDER**

(to be filed in advance of Sale Hearing)