IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AF-SOUTHEAST, LLC, et al.,[1] | : | Case No. 16-11008 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Objection Date: TBD** |
| | : | **Hearing Date: TBD** |

ORDER SCHEDULING EXPEDITED
HEARING AND SHORTENING TIME FOR NOTICE OF HEARING ON
MOTION OF THE DEBTORS FOR (I) AN ORDER (A) APPROVING BIDDING
PROCEDURES; (B) SCHEDULING BID DEADLINE, AUCTION DATE, AND
SALE HEARING AND APPROVING NOTICE THEREOF; AND (C) APPROVING
PROCEDURES TO FIX CURE AMOUNTS RELATED TO ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES AND APPROVING NOTICE THEREOF

Upon the motion (the "Motion to Expedite") of AF-Southeast, LLC, et al. (collectively, the "Debtors"), the Debtors and debtors-in-possession in the above captioned cases ("Cases"), for entry of an order scheduling an expedited hearing and shortening time for notice of hearing on the Debtors' motion for entry of an Order (a) approving bidding procedures (the "Bidding Procedures"), to be used for the sale (the "Sale") of substantially all of Debtors' assets and personal property (the "Purchased Assets"), (b) scheduling the bid deadline, auction date, and sale hearing and approving the form and manner of notice thereof, and (c) approving procedures to fix cure amounts related to the assumption, sale and assignment of certain executory contracts and unexpired leases and approving notice thereof (the "Bidding Procedures Motion");[2] all as more fully set forth in the Motion to Expedite; and the Court having jurisdiction to consider the Motion to Expedite and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: (i) AF-Southeast, LLC (8002); (ii) Allied Fiber – Florida, LLC (8111); and (iii) Allied Fiber – Georgia, LLC (2935).

1334; and due notice of the Motion to Expedite having been provided under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion to Expedite is proper; and upon the Motion to Expedite and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

It is hereby ORDERED that:

1. The Motion to Expedite is GRANTED in its entirety.

2. The hearing on the Bidding Procedures Motion shall be held on May 13, 2016 at 10:00 a.m., with objections, if any, to be filed with the Court and served upon counsel for the Debtors and the other parties and counsel set forth in paragraph 28 of the Bidding Procedures Motion so as to be received no later than May 9, 2016 at 4:00 p.m.

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

Dated: April 27, 2016

---

[2] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion.