IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AF-SOUTHEAST, LLC, *et al.*,[1] | : | Case No. 16-11008 (KG) |
| | : | (Jointly Administered) |
| | : | **Related D.I. 53** |
| Debtors. | : | **Hearing Date: May 13, 2016 @ 10:00 a.m.** |
| | : | **Objection Date: May 9, 2016 @ 4:00 p.m.** |

NOTICE OF
MOTION OF THE DEBTORS FOR (I) AN ORDER (A) APPROVING BIDDING
PROCEDURES; (B) SCHEDULING BID DEADLINE, AUCTION DATE, AND
SALE HEARING AND APPROVING NOTICE THEREOF; AND (C) APPROVING
PROCEDURES TO FIX CURE AMOUNTS RELATED TO ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES AND APPROVING NOTICE THEREOF

TO: ALL PARTIES WHO HAVE PREVIOUSLY EXPRESSED AN INTEREST IN POTENTIALLY ACQUIRING THE PURCHASED ASSETS, THE OFFICE OF THE UNITED STATES TRUSTEE, EACH NON-DEBTOR COUNTER-PARTY TO THE DEBTORS' CONTRACTS, ALL PARTIES IN INTEREST WHO HAVE REQUESTED NOTICE UNDER BANKRUPTCY RULE 2002, ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A LIEN, CLAIM, ENCUMBRANCE OR INTEREST IN OR UPON ANY OF THE PURCHASED ASSETS, INCLUDING BUT NOT LIMITED TO THE DIP LENDER AND COUNSEL FOR THE DIP LENDER, AND THE AGENT FOR THE JUNIOR LIEN HOLDERS (AS IDENTIFIED IN THE INTERCREDITOR AGREEMENT), COUNSEL FOR THE CREDITORS' COMMITTEE, IF ANY, THE INTERNAL REVENUE SERVICE, THE ATTORNEY GENERALS FOR THE STATES OF FLORIDA, GEORGIA AND DELAWARE, THE UNITED STATES ATTORNEYS' OFFICE, ALL APPLICABLE FEDERAL, STATE AND LOCAL REGULATORY OR TAXING AUTHORITIES OR RECORDING OFFICES WHICH HAVE A REASONABLY KNOWN INTEREST IN THE RELIEF REQUESTED IN THE MOTION AND THE SECURITIES AND EXCHANGE COMMISSION

AF-Southeast, LLC, *et al.* (collectively, the "Debtors"), the Debtors and debtors-in-possession in the above captioned cases ("Cases"), have filed a motion (the "Bidding Procedures Motion") for the entry of: (i) an initial order (the "Bidding Procedures Order"), (a) approving the bidding procedures (the "Bidding Procedures"), substantially similar to the procedures attached

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: (i) AF-Southeast, LLC (8002); (ii) Allied Fiber – Florida, LLC (8111); and (iii) Allied Fiber – Georgia, LLC (2935).

to the Bidding Procedures Order as <u>Exhibit A</u>, (b) approving the form of notice of the Bidding Procedures, Auction, [2] Sale Hearing and Sale, (c) approval of procedures for the assumption by the Debtors and assignment to the Prevailing Bidder of Assigned Contracts, including notice of proposed cure amounts; (d) and granting other related relief;

If you seek to object or otherwise respond to the Bidding Procedures Motion, you must file your response or any objections **on or before May 9, 2016 at 4:00 p.m.** (prevailing Delaware time) in writing, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801. If a copy of the Bidding Procedures Motion is not enclosed, you may obtain a copy by contacting the attorneys for the Debtors.

At the same time, you must also serve a copy of the response/objection to the Motions upon the Debtors' attorneys:

| | |
|---|---|
| L. John Bird, Esquire | Michael G. Menkowitz, Esquire |
| Fox Rothschild LLP | Joshua T. Klein, Esquire |
| 919 N. Market Street, Suite 300 | Fox Rothschild LLP |
| Wilmington, DE 19801-3046 | 2000 Market Street, 20th Floor |
| | Philadelphia, PA 19103-3222 |

**A HEARING ON THE MOTIONS WILL BE HELD ON <u>MAY 13, 2016 AT 10:00 A.M.</u>**

---

[2] Any terms not defined herein shall have the meanings ascribed to them in the Purchase Agreement, Bidding Procedures and/or the Motion.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

                          **FOX ROTHSCHILD LLP**

By: */s/ L. John Bird*
      L. John Bird
      Delaware Bar No. 5310
      919 North Market Street, Suite 300
      Wilmington, DE  19801-2323
      Phone (302) 654-7444/Fax (302) 656-8920
      lbird@foxrothschild.com
            -and-
      Michael G. Menkowitz
      Joshua T. Klein
      Jason C. Manfrey
      2000 Market Street, 20th Floor
      Philadelphia, PA  19103-3222
      Phone (215) 299-2000/Fax (215) 299-2150
      mmenkowitz@foxrothschild.com
      jklein@foxrothschild.com
      jmanfrey@foxrothschild.com

Dated: April 28, 2016                Proposed counsel for AF-Southeast, LLC, *et al.*, the Debtors and Debtors-in-Possession