IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AF-SOUTHEAST, LLC, *et al.*, | : Case No. 16-11008 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : |

ORDER REGARDING OMNIBUS HEARING DATE
FOR JUNE 2016

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above captioned proceeding:

Wednesday, June 15, 2016 at 2:00 p.m.

**Dated: April 29th, 2016**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE