## EXHIBIT A

**Allied Fiber, LLC Lien Search**

### 1. Uniform Commercial Code Filings: ALLIED FIBER LLC
Debtor(s): ALLIED FIBER LLC    |    Other Party Name: P.A. JUNES & BENNETT CARTER LLC C/O EVANS PHOENIX
FUND    |    Filing Date: 11/01/2011    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20114210426

### 2. Uniform Commercial Code Filings: ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO
Debtor(s): ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO    |    Other Party Name: LP STROME MEZZANINE FUND
IV    |    Filing Date: 09/15/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20143671898

### 3. Uniform Commercial Code Filings: ALLIED FIBER - GEORGIA LLC
Debtor(s): ALLIED FIBER - GEORGIA LLC    |    Other Party Name: LP STROME MEZZANINE FUND IV    |    Filing Date:
09/15/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20143672458

### 4. Uniform Commercial Code Filings: ALLIED FIBER - FLORIDA LLC
Debtor(s): ALLIED FIBER - FLORIDA LLC    |    Other Party Name: LP STROME MEZZANINE FUND IV    |    Filing Date:
09/15/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20143672433

### 5. Uniform Commercial Code Filings: ALLIED FIBER LLC
Debtor(s): ALLIED FIBER LLC    |    Other Party Name: AS AGENT WILLIAM M. HITCHCOCK    |    Filing Date:
10/10/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20144083507

### 6. Uniform Commercial Code Filings: ALLIED FIBER - GEORGIA LLC
Debtor(s): ALLIED FIBER - GEORGIA LLC    |    Other Party Name: AS AGENT WILLIAM M. HITCHCOCK    |    Filing
Date: 10/10/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20144083754

### 7. Uniform Commercial Code Filings: ALLIED FIBER - FLORIDA LLC
Debtor(s): ALLIED FIBER - FLORIDA LLC    |    Other Party Name: AS AGENT WILLIAM M. HITCHCOCK    |    Filing Date:
10/10/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20144083614

### 8. Uniform Commercial Code Filings: ALLIED FIBER LLC
Debtor(s): ALLIED FIBER LLC    |    Other Party Name: AS AGENT WILLIAM M. HITCHCOCK    |    Filing Date:
10/10/2014    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20144083374

### 9. Uniform Commercial Code Filings: ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO
Debtor(s): ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO    |    Other Party Name: LLC FIBERLINK    |    Filing Date:
10/24/2012    |    Location State: DE    |    Type: ORIGINAL    |    Filing Number: 20124109205

### 10. Uniform Commercial Code Filings: ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO
Debtor(s): ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO    |    Other Party Name: ASSIGNEE LLC LLC BY FBL
GROUP FIBERLINK    |    Filing Date: 04/11/2014    |    Location State: DE    |    Type: TERMINATION    |    Filing Number:
20141430859

### 11. Uniform Commercial Code Filings: ALLIED FIBER LLC
Debtor(s): ALLIED FIBER LLC    |    Other Party Name: FDG FLAGLER STATION II LLC    |    Filing Date: 05/20/2013
|    Location State: FL    |    Type: ORIGINAL    |    Filing Number: 201309061546

### 12. Uniform Commercial Code Filings: ALLIED FIBER LLC
Debtor(s): ALLIED FIBER LLC    |    Other Party Name: LLC FIBERLINK    |    Filing Date: 04/11/2014    |    Location State:
FL    |    Type: TERMINATION    |    Filing Number: 201401209252

### 13. Uniform Commercial Code Filings: ALLIED FIBER LLC
Debtor(s): ALLIED FIBER LLC    |    Other Party Name: LLC FIBERLINK    |    Filing Date: 04/15/2013    |    Location State:
FL    |    Type: ORIGINAL    |    Filing Number: 201308828932

**14. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 11/16/2012 | Location State: GA | Type: ORIGINAL | Filing Number: 4412003622

**15. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: ASSIGNEE LLC LLC BY FBL GROUP FIBERLINK | Filing Date: 04/15/2014 | Location State: GA | Type: TERMINATION | Filing Number: 4414001466

**16. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 04/10/2014 | Location State: IL | Type: TERMINATION | Filing Number: 1883055

**17. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 11/28/2012 | Location State: IL | Type: ORIGINAL | Filing Number: 17790412

**18. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 04/14/2014 | Location State: IN | Type: TERMINATION | Filing Number: 1400003006844

**19. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 11/05/2012 | Location State: IN | Type: ORIGINAL | Filing Number: 1200010203980

**31. Uniform Commercial Code Filings: ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO**
Debtor(s): ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO | Other Party Name: LLC LLC BY FBL GROUP FIBERLINK | Filing Date: 04/10/2014 | Location State: NJ | Type: TERMINATION | Filing Number: 26282534

**32. Uniform Commercial Code Filings: ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO**
Debtor(s): ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO | Other Party Name: LLC FIBERLINK | Filing Date: 11/14/2012 | Location State: NJ | Type: ORIGINAL | Filing Number: 26282534

**33. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: ASSIGNEE LLC LLC BY FBL GROUP FIBERLINK | Filing Date: 04/11/2014 | Location State: NY | Type: TERMINATION | Filing Number: 1404118137415

**34. Uniform Commercial Code Filings: ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO**
Debtor(s): ALLIED FIBER LLC ATTN: HUNTER NEWBY CEO | Other Party Name: LLC FIBERLINK | Filing Date: 11/02/2012 | Location State: NY | Type: ORIGINAL | Filing Number: 1211020624068

**35. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 04/10/2014 | Location State: OH | Type: TERMINATION | Filing Number: 20141000367

**36. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 11/06/2012 | Location State: OH | Type: ORIGINAL | Filing Number: OH00162539066

**37. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC | Other Party Name: LLC FIBERLINK | Filing Date: 04/14/2014 | Location State: PA | Type: TERMINATION | Filing Number: 2014041507333

**38. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC  |  Other Party Name: LLC FIBERLINK  |  Filing Date: 11/05/2012  |  Location State:
PA  |  Type: ORIGINAL  |  Filing Number: 2012110802163

**44. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC  |  Other Party Name: LLC FIBERLINK  |  Filing Date: 04/10/2014  |  Location State:
VA  |  Type: TERMINATION  |  Filing Number: 14041059645

**45. Uniform Commercial Code Filings: ALLIED FIBER LLC**
Debtor(s): ALLIED FIBER LLC  |  Other Party Name: LLC FIBERLINK  |  Filing Date: 11/06/2012  |  Location State:
VA  |  Type: ORIGINAL  |  Filing Number: 12110638516

| **Uniform Commercial Code Report** |
|:---:|

## Source Information

| | |
|---|---|
| Information Current Through: | 02/26/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 20114210426 |
| Filing Date: | 11/01/2011 |
| Filing Time: | 1:03PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 601 LEXINGTON AVENUE, 59TH FLOOR |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | PHOENIX FUND, LLC C/O EVANS, CARTER, JUNES & BENNETT, P.A. |
| | 115 CHURCH STREET |
| | CHARLESTON, SC 29401 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ALL ASSETS AND PROCEEDS |
| Collateral Type: | ALL ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | ALL CONTRACT RIGHTS AND PROCEEDS |
| Collateral Type: | ALL EQUIPMENT AND PROCEEDS |
| Collateral Type: | ALL FIXTURES AND PROCEEDS |
| Collateral Type: | ALL GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | ALL INVENTORY AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                                          © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

**Uniform Commercial Code Report**

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20143671898 |
| **Filing Date:** | 09/15/2014 |
| **Filing Time:** | 11:36PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO |
| | 845 THIRD AVENUE 8TH FLOOR NEW YORK, NY 10022 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | STROME MEZZANINE FUND IV, LP |
| | 100 WILSHIRE BLVD., SUITE 1750 |
| | SANTA MONICA, CA 90401 |
| **D&B DUNS:** | 80-037-7454 |

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ASSETS AND PROCEEDS |
| **Collateral Type:** | ACCOUNT(S) AND PROCEEDS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| Information Current Through: | 02/26/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 20143672458 |
| Filing Date: | 09/15/2014 |
| Filing Time: | 11:46PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER - GEORGIA, LLC |
| | 845 THIRD AVENUE, 8TH FLOOR |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | STROME MEZZANINE FUND IV, LP |
| | 100 WILSHIRE BLVD., SUITE 1750 |
| | SANTA MONICA, CA 90401 |
| D&B DUNS: | 80-037-7454 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ASSETS INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | FIXTURES INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

| **Uniform Commercial Code Report** |
| :---: |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 02/26/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| Filing Number: | 20143672433 |
| Filing Date: | 09/15/2014 |
| Filing Time: | 11:46PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
| --- | --- |
| Debtor(s): | ALLIED FIBER - FLORIDA, LLC |
| | 845 THIRD AVENUE, 8TH FLOOR |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| Secured Party(s): | STROME MEZZANINE FUND IV, LP |
| | 100 WILSHIRE BLVD., SUITE 1750 |
| | SANTA MONICA, CA 90401 |
| D&B DUNS: | 80-037-7454 |

## Collateral Information

| | |
| --- | --- |
| Collateral Type: | ASSETS INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | FIXTURES INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20144083507 |
| **Filing Date:** | 10/10/2014 |
| **Filing Time:** | 12:45PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC |
| | 845 THIRD AVENUE, 8TH FLOOR |
| | NEW YORK, NY 10022 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | WILLIAM M. HITCHCOCK, AS AGENT |
| | 712 MAIN STREET, SUITE 2150 |
| | HOUSTON, TX 77002 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
| --- |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 02/26/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| Filing Number: | 20144083754 |
| Filing Date: | 10/10/2014 |
| Filing Time: | 12:52PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
| --- | --- |
| Debtor(s): | ALLIED FIBER - GEORGIA, LLC |
| | 845 THIRD AVENUE, 8TH FLOOR |
| | NEW YORK, NY 10022 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| Secured Party(s): | WILLIAM M. HITCHCOCK, AS AGENT |
| | 712 MAIN STREET, SUITE 2150 |
| | HOUSTON, TX 77002 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

| **Uniform Commercial Code Report** |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20144083614 |
| **Filing Date:** | 10/10/2014 |
| **Filing Time:** | 12:49PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER - FLORIDA, LLC |
| | 845 THIRD AVENUE, 8TH FLOOR |
| | NEW YORK, NY 10022 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | WILLIAM M. HITCHCOCK, AS AGENT |
| | 712 MAIN STREET, SUITE 2150 |
| | HOUSTON, TX 77002 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20144083374 |
| **Filing Date:** | 10/10/2014 |
| **Filing Time:** | 12:42PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC |
| | 845 THIRD AVENUE, 8TH FLOOR |
| | NEW YORK, NY 10022 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | WILLIAM M. HITCHCOCK, AS AGENT |
| | 712 MAIN STREET, SUITE 2150 |
| | HOUSTON, TX 77002 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.

Uniform Commercial Code Report: ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO

---

| **Uniform Commercial Code Report** |
| :---: |

## Source Information

| | |
| --- | --- |
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| **Filing Number:** | 20124109205 |
| **Filing Date:** | 10/24/2012 |
| **Filing Time:** | 1:30PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
| --- | --- |
| **Debtor(s):** | ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO |
| | 845 THIRD AVENUE 8TH FLOOR NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| **Secured Party(s):** | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

## Collateral Information

| | |
| --- | --- |
| **Collateral Type:** | ALL ASSETS AND PROCEEDS |
| **Collateral Type:** | ALL ACCOUNT(S) AND PROCEEDS |
| **Collateral Type:** | ALL GENERAL INTANGIBLE(S) AND PROCEEDS |
| **Collateral Type:** | ALL INVENTORY AND PROCEEDS |
| **Collateral Type:** | ALL EQUIPMENT AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | DE SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 20141430859 |
| **Filing Date:** | 04/11/2014 |
| **Filing Time:** | 10:26PM |
| **Related Filing Number:** | 2012 4109205 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO |
| | 845 THIRD AVENUE 8TH FLOOR NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC BY FBL GROUP, LLC, ASSIGNEE |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 03/31/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 04/06/2016 |
| **Source:** | FL SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 201309061546 |
| **Filing Date:** | 05/20/2013 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION STATE CAPITOL TALLAHASSEE, FL 32314 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC 645 THIRD AVENUE, 8TH FLOOR NEW YORK, NY 10022 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FDG FLAGLER STATION II LLC 4601 TOUCHTON ROAD EAST;BUILDING 300, SUITE 3200 JACKSONVILLE, FL 32246 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

| **Uniform Commercial Code Report** |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 03/31/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 04/06/2016 |
| **Source:** | FL SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 201401209252 |
| **Filing Date:** | 04/11/2014 |
| **Related Filing Number:** | 201308828932 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION |
| | 500 SOUTH BRONOUGH STREET |
| | TALLAHASSEE, FL 32399 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLOOR;ATTN: HUNTER NEWBY, CEO |
| | NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

**Uniform Commercial Code Report**

---

## Source Information

| | |
|---|---|
| **Information Current Through:** | 03/31/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 04/06/2016 |
| **Source:** | FL SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 201308828932 |
| **Filing Date:** | 04/15/2013 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION STATE CAPITOL TALLAHASSEE, FL 32314 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC 845 THIRD AVE., 8TH FLOOR;ATTN: HUNTER NEWBY, CEO NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC 611 PATTERSON CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ACCOUNT(S) AND PROCEEDS |
| **Collateral Type:** | EQUIPMENT AND PROCEEDS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) AND PROCEEDS |
| **Collateral Type:** | INVENTORY AND PROCEEDS |
| **Collateral Type:** | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

**Current Date:**                  04/06/2016

## Filing Information

**Filing Number:**       4412003622
**Filing Date:**          11/16/2012
**Filing Type:**          ORIGINAL
**Filing Office:**        DEKALB SUPERIOR COURT
                          556 N MCDONOUGH ST
                          DECATUR, GA 30030

## Debtor Information

**Debtor(s):**            ALLIED FIBER, LLC
                          845 THIRD AVE., 8TH FLR., ATTN
                          NEW YORK, NY
**D&B DUNS:**             83-080-8965

## Secured Party or Creditor Information

**Secured Party(s):**     FIBERLINK, LLC
                          611 PATTERSON
                          CAMBRIDGE, NE 69022
**D&B DUNS:**             02-765-3015

## Collateral Information

**Collateral Type:**       ASSETS AND PROCEEDS
**Collateral Type:**      ACCOUNT(S) AND
                          PROCEEDS
**Collateral Type:**      EQUIPMENT AND
                          PROCEEDS
**Collateral Type:**      FIXTURES AND PROCEEDS
**Collateral Type:**      GENERAL INTANGIBLE(S)
                          AND PROCEEDS
**Collateral Type:**      INVENTORY AND
                          PROCEEDS

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

| **Uniform Commercial Code Report** |
|:---:|

## Source Information

**Current Date:**  04/06/2016

## Filing Information

| | |
|---|---|
| **Filing Number:** | 4414001466 |
| **Filing Date:** | 04/15/2014 |
| **Related Filing Number:** | 4412003622 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | DEKALB SUPERIOR COURT |
| | 556 N MCDONOUGH ST DECATUR, GA 30030 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLR., ATTN NEW YORK, NY |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC BY FBL GROUP, LLC, ASSIGNEE |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                                      © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 03/25/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | IL SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 1883055 |
| **Filing Date:** | 04/10/2014 |
| **Filing Time:** | 3:19PM |
| **Related Filing Number:** | 17790412 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION |
| | 350 W HOWLETT BLD SPRINGFIELD, IL 62706 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC |
| | 845 3RD AVE, 8TH FLR, ATTN: CEO |
| | NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| Information Current Through: | 03/25/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | IL SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 17790412 |
| Filing Date: | 11/28/2012 |
| Filing Time: | 4:30PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | 350 W HOWLETT BLD |
| | SPRINGFIELD, IL 62706 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 3RD AVE, 8TH FLR, ATTN: CEO |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ASSETS AND PROCEEDS |
| Collateral Type: | ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | EQUIPMENT AND PROCEEDS |
| Collateral Type: | INVENTORY AND PROCEEDS |
| Collateral Type: | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| Information Current Through: | 03/25/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | IN SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 1400003006844 |
| Filing Date: | 04/14/2014 |
| Related Filing Number: | 1200010203980 |
| Filing Type: | TERMINATION |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | 302 W WASHINGTON ST RM E111 |
| | INDIANAPOLIS, IN 46204 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE 8TH FLR |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

End of Document                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| Information Current Through: | 03/25/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | IN SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 1200010203980 |
| Filing Date: | 11/05/2012 |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | 302 W WASHINGTON ST RM E111 |
| | INDIANAPOLIS, IN 46204 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE 8TH FLR |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ASSETS AND PROCEEDS |
| Collateral Type: | ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | EQUIPMENT AND PROCEEDS |
| Collateral Type: | INVENTORY AND PROCEEDS |
| Collateral Type: | FIXTURES AND PROCEEDS |
| Collateral Type: | GENERAL INTANGIBLE(S) AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| Information Current Through: | 03/07/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | NJ SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| Filing Number: | 26282534 |
| Filing Date: | 04/10/2014 |
| Filing Time: | 4:28PM |
| Related Filing Number: | 26282534 |
| Filing Type: | TERMINATION |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | 315 W STATE ST TRENTON, NJ 08618 |

### Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO |
| | 845 THIRD AVE., 8TH FLOOR NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

### Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC BY FBL GROUP, LLC |
| | 611 PATTERSON CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

End of Document    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

**Uniform Commercial Code Report**

## Source Information

| | |
|---|---|
| **Information Current Through:** | 03/07/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | NJ SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 26282534 |
| **Filing Date:** | 11/14/2012 |
| **Filing Time:** | 9:48PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | 315 W STATE ST |
| | TRENTON, NJ 08618 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO |
| | 845 THIRD AVE., 8TH FLOOR NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ASSETS AND PROCEEDS |
| **Collateral Type:** | ACCOUNT(S) AND PROCEEDS |
| **Collateral Type:** | EQUIPMENT AND PROCEEDS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) AND PROCEEDS |
| **Collateral Type:** | INVENTORY AND PROCEEDS |
| **Collateral Type:** | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                                           © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

---

**Uniform Commercial Code Report**

---

## Source Information

| | |
|---|---|
| Information Current Through: | 03/10/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | NY SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 1404118137415 |
| Filing Date: | 04/11/2014 |
| Filing Time: | 11:07PM |
| Related Filing Number: | 1211020624068 |
| Filing Type: | TERMINATION |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | 162 WASHINGTON AVE ALBANY, NY 12210 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLOOR NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC BY FBL GROUP, LLC, ASSIGNEE 611 PATTERSON CAMBRIDGE, NE 69022 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

---

    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

**WESTLAW**    © 2016 Thomson Reuters. No claim to original U.S. Government Works.    1

---

| **Uniform Commercial Code Report** |
|:---:|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 03/10/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | NY SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 1211020624068 |
| **Filing Date:** | 11/02/2012 |
| **Filing Time:** | 3:30PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | 162 WASHINGTON AVE ALBANY, NY 12210 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC ATTN: HUNTER NEWBY, CEO |
| | 845 THIRD AVE., 8TH FLOOR NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC |
| | 611 PATTERSON CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ASSETS AND PROCEEDS |
| **Collateral Type:** | ACCOUNT(S) AND PROCEEDS |
| **Collateral Type:** | EQUIPMENT AND PROCEEDS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) AND PROCEEDS |
| **Collateral Type:** | INVENTORY AND PROCEEDS |
| **Collateral Type:** | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

---

**End of Document**      © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

WESTLAW   © 2016 Thomson Reuters. No claim to original U.S. Government Works.   1

---

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| Information Current Through: | 03/26/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | OH SECRETARY OF STATE |

### Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLOOR;ATTN: HUNTER NEWBY, CEO |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

### Filing Information

| | |
|---|---|
| Filing Number: | 20141000367 |
| Filing Date: | 04/10/2014 |
| Filing Time: | 4:45PM |
| Related Filing Number: | OH00162539066 |
| Filing Type: | TERMINATION |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | 180 E BROAD ST 16TH FLOOR |
| | COLUMBUS, OH 43215 |

### Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| Information Current Through: | 03/26/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | OH SECRETARY OF STATE |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLOOR;ATTN: HUNTER NEWBY, CEO |
| | NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Filing Information

| | |
|---|---|
| Filing Number: | OH00162539066 |
| Filing Date: | 11/06/2012 |
| Filing Time: | 9:00PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | 180 E BROAD ST 16TH FLOOR COLUMBUS, OH 43215 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | EQUIPMENT AND PROCEEDS |
| Collateral Type: | GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | INVENTORY AND PROCEEDS |
| Collateral Type: | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

**Uniform Commercial Code Report**

The following data is for informational purposes only and is not an official record. Certified copies may be obtained from the Pennsylvania Department of State.

## Source Information

| | |
|---|---|
| **Information Current Through:** | 03/02/2016 |
| **Database Last Updated:** | 04/05/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/06/2016 |
| **Source:** | PA SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 2014041507333 |
| **Filing Date:** | 04/14/2014 |
| **Filing Time:** | 8:00PM |
| **Related Filing Number:** | 2012110802163 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ALLIED FIBER, LLC 845 THIRD AVE., 8TH FLOOR, ATTN: HUNTER NEWBY, CEO NEW YORK, NY 10022 |
| **D&B DUNS:** | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FIBERLINK, LLC 611 PATTERSON CAMBRIDGE, NE 69022 |
| **D&B DUNS:** | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

---

| **Uniform Commercial Code Report** |
| :---: |

The following data is for informational purposes only and is not an official record. Certified copies may be obtained from the Pennsylvania Department of State.

### Source Information

| Information Current Through: | 03/02/2016 |
| :--- | :--- |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | PA SECRETARY OF STATE |

### Filing Information

| Filing Number: | 2012110802163 |
| :--- | :--- |
| Filing Date: | 11/05/2012 |
| Filing Time: | 8:00PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

### Debtor Information

| Debtor(s): | ALLIED FIBER, LLC 845 THIRD AVE., 8TH FLOOR, ATTN: HUNTER NEWBY, CEO NEW YORK, NY 10022 |
| :--- | :--- |
| D&B DUNS: | 83-080-8965 |

### Secured Party or Creditor Information

| Secured Party(s): | FIBERLINK, LLC 611 PATTERSON CAMBRIDGE, NE 69022 |
| :--- | :--- |
| D&B DUNS: | 02-765-3015 |

### Collateral Information

| Collateral Type: | ASSETS AND PROCEEDS |
| :--- | :--- |
| Collateral Type: | ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | EQUIPMENT AND PROCEEDS |
| Collateral Type: | GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | INVENTORY AND PROCEEDS |
| Collateral Type: | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

 © 2016 Thomson Reuters. No claim to original U.S. Government Works. 1

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| Information Current Through: | 03/22/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | VA SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 14041059645 |
| Filing Date: | 04/10/2014 |
| Related Filing Number: | 12110638516 |
| Filing Type: | TERMINATION |
| Filing Office: | SECRETARY OF THE COMMONWEALTH/UCC DIVISION |
| | OLD FINANCE BLDG CAPITOL SQUARE RICHMOND, VA 23219 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLOOR, NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

Uniform Commercial Code Report ALLIED FIBER, LLC

| **Uniform Commercial Code Report** |
| --- |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 03/22/2016 |
| Database Last Updated: | 04/05/2016 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/06/2016 |
| Source: | VA SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| Filing Number: | 12110638516 |
| Filing Date: | 11/06/2012 |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF THE COMMONWEALTH/UCC DIVISION |
| | OLD FINANCE BLDG CAPITOL SQUARE RICHMOND, VA 23219 |

## Debtor Information

| | |
| --- | --- |
| Debtor(s): | ALLIED FIBER, LLC |
| | 845 THIRD AVE., 8TH FLOOR, NEW YORK, NY 10022 |
| D&B DUNS: | 83-080-8965 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| Secured Party(s): | FIBERLINK, LLC |
| | 611 PATTERSON |
| | CAMBRIDGE, NE 69022 |
| D&B DUNS: | 02-765-3015 |

## Collateral Information

| | |
| --- | --- |
| Collateral Type: | ASSETS AND PROCEEDS |
| Collateral Type: | ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | EQUIPMENT AND PROCEEDS |
| Collateral Type: | GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | INVENTORY AND PROCEEDS |
| Collateral Type: | FIXTURES AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.