## EXHIBIT B

## AF-Southeast, LLC Lien Search

1. **Uniform Commercial Code Filings: AF-SOUTHEAST LLC**
Debtor(s): AF-SOUTHEAST LLC | Other Party Name: LP STROME MEZZANINE FUND IV | Filing Date: 09/15/2014 | Location State: DE | Type: ORIGINAL | Filing Number: 20143671914

2. **Uniform Commercial Code Filings: AF-SOUTHEAST LLC**
Debtor(s): AF-SOUTHEAST LLC | Other Party Name: LP STROME MEZZANINE FUND IV | Filing Date: 09/15/2014 | Location State: DE | Type: ORIGINAL | Filing Number: 20143671880

3. **Uniform Commercial Code Filings: AF-SOUTHEAST LLC**
Debtor(s): AF-SOUTHEAST LLC | Other Party Name: AS AGENT WILLIAM M. HITCHCOCK | Filing Date: 10/10/2014 | Location State: DE | Type: ORIGINAL | Filing Number: 20144083820

4. **Uniform Commercial Code Filings: AF-SOUTHEAST LLC**
Debtor(s): AF-SOUTHEAST LLC | Other Party Name: AS AGENT WILLIAM M. HITCHCOCK | Filing Date: 10/10/2014 | Location State: DE | Type: ORIGINAL | Filing Number: 20144083887

5. **Uniform Commercial Code Filings: AF SOUTHEAST INC**
Debtor(s): AF SOUTHEAST INC | Other Party Name: UNION PLANTERS NATIONAL BANK | Filing Date: 02/21/1995 | Location State: TN | Type: ORIGINAL | Filing Number: 95400913

6. **Uniform Commercial Code Filings: AF SOUTHEAST INC**
Debtor(s): AF SOUTHEAST INC | Other Party Name: INC. ARTHUR FULMER COMPUTER SERVICES | Filing Date: 06/14/1995 | Location State: TN | Type: ORIGINAL | Filing Number: 95441247

7. **Uniform Commercial Code Filings: AF SOUTHEAST INC**
Debtor(s): AF SOUTHEAST INC | Other Party Name: NA UNION PLANTERS BANK | Filing Date: 04/08/2005 | Location State: TN | Type: ORIGINAL | Filing Number: 105022331

8. **Uniform Commercial Code Filings: AF SOUTHEAST INC**
Debtor(s): AF SOUTHEAST INC | Other Party Name: UNION PLANTERS NATIONAL BANK | Filing Date: 05/21/2003 | Location State: TN | Type: AMENDMENT | Filing Number: 103020886

9. **Uniform Commercial Code Filings: AF SOUTHEAST INC**
Debtor(s): AF SOUTHEAST INC | Other Party Name: N.A. ATTN: BILL BROOKS UNION PLANTERS BANK | Filing Date: 02/09/2000 | Location State: TN | Type: CONTINUATION | Filing Number: 300008282

| | Uniform Commercial Code Report | |
|---|---|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20143671914 |
| **Filing Date:** | 09/15/2014 |
| **Filing Time:** | 11:36PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>FEDERAL & DUKE OF YORK STS<br>DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF-SOUTHEAST, LLC<br>845 THIRD AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | STROME MEZZANINE FUND IV, LP<br>100 WILSHIRE BLVD., SUITE 1750<br>SANTA MONICA, CA 90401 |
| **D&B DUNS:** | 80-037-7454 |

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ASSETS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | FIXTURES INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

Case 16-11008-KG    Doc 74-2    Filed 05/10/16    Page 4 of 12

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | DE SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 20143671880 |
| **Filing Date:** | 09/15/2014 |
| **Filing Time:** | 11:36PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>FEDERAL & DUKE OF YORK STS<br>DOVER, DE 19901 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF-SOUTHEAST, LLC<br>845 THIRD AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | STROME MEZZANINE FUND IV, LP<br>100 WILSHIRE BLVD., SUITE 1750<br>SANTA MONICA, CA 90401 |
| **D&B DUNS:** | 80-037-7454 |

### Collateral Information

| | |
|---|---|
| **Collateral Type:** | ASSETS AND PROCEEDS |
| **Collateral Type:** | ACCOUNT(S) AND PROCEEDS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                                      © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | DE SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 20144083820 |
| **Filing Date:** | 10/10/2014 |
| **Filing Time:** | 12:55PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>FEDERAL & DUKE OF YORK STS<br>DOVER, DE 19901 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF-SOUTHEAST, LLC<br>845 THIRD AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | WILLIAM M. HITCHCOCK, AS AGENT<br>712 MAIN STREET, SUITE 2150<br>HOUSTON, TX 77002 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document** © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | DE SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 20144083887 |
| **Filing Date:** | 10/10/2014 |
| **Filing Time:** | 12:57PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>FEDERAL & DUKE OF YORK STS<br>DOVER, DE 19901 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF-SOUTHEAST, LLC<br>845 THIRD AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | WILLIAM M. HITCHCOCK, AS AGENT<br>712 MAIN STREET, SUITE 2150<br>HOUSTON, TX 77002 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | TN SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 95400913 |
| **Filing Date:** | 02/21/1995 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION  STATE CAPITOL  NASHVILLE, TN 37243 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF SOUTHEAST, INC.  P.O. BOX 177  MEMPHIS, TN 38101 |
| **D&B DUNS:** | 06-049-6465 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | UNION PLANTERS NATIONAL BANK  6200 POPLAR AVENUE  MEMPHIS, TN 38119 |

### Collateral Information

**Collateral Type:** UNSPECIFIED

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**                                       © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | TN SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 95441247 |
| **Filing Date:** | 06/14/1995 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION STATE CAPITOL NASHVILLE, TN 37243 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF SOUTHEAST, INC. 122 GAYOSO AVE. MEMPHIS, TN 38103 |
| **D&B DUNS:** | 06-049-6465 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | ARTHUR FULMER COMPUTER SERVICES, INC. 122 GAYOSO AVE. MEMPHIS, TN 38103 |

### Collateral Information

| | |
|---|---|
| **Collateral Type:** | UNSPECIFIED AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | TN SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 105022331 |
| **Filing Date:** | 04/08/2005 |
| **Filing Time:** | 12:01PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION<br>312 8TH AVE N<br>NASHVILLE, TN 37243 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF SOUTHEAST, INC.<br>P.O. BOX 177<br>MEMPHIS, TN 38101 |
| **D&B DUNS:** | 06-049-6465 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | UNION PLANTERS BANK, NA<br>CR. SOLUTIONS CTR., 565 MARRIOTT DR.<br>NASHVILLE, TN 37214 |

### Collateral Information

| | |
|---|---|
| **Collateral Type:** | ALL ACCOUNTS RECEIVABLE INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | ALL INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | ALL COMPUTER EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

---

**End of Document** © 2016 Thomson Reuters. No claim to original U.S. Government Works.

| **Uniform Commercial Code Report** |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | TN SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 103020886 |
| **Filing Date:** | 05/21/2003 |
| **Filing Time:** | 1:05PM |
| **Related Filing Number:** | 950400913 |
| **Filing Type:** | AMENDMENT |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION |
| | STATE CAPITOL 505 DEDRICK |
| | NASHVILLE, TN 37219 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF SOUTHEAST, INC |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | UNION PLANTERS NATIONAL BANK |
| **D&B DUNS:** | 03-611-5020 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| **Information Current Through:** | 02/26/2016 |
| **Database Last Updated:** | 04/06/2016 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 04/07/2016 |
| **Source:** | TN SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 300008282 |
| **Filing Date:** | 02/09/2000 |
| **Related Filing Number:** | 95400913 |
| **Filing Type:** | CONTINUATION |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION STATE CAPITOL 505 DEDRICK NASHVILLE, TN 37219 |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | AF SOUTHEAST, INC. P.O. BOX 177 MEMPHIS, TN 38101 |
| **D&B DUNS:** | 06-049-6465 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | UNION PLANTERS BANK, N.A. 6200 POPLAR AVENUE MEMPHIS, TN 38119 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

**End of Document**   © 2016 Thomson Reuters. No claim to original U.S. Government Works.