# Exhibit "C"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AF-SOUTHEAST, LLC, *et al.,* [1] | : | Case No. 16-11008 (KG) |
| | : | (Jointly Administered) |
| | : | |
| | : | **AUCTION:** _____, 2016 @ 10:00 a.m. ET |
| | : | **@ Fox Rothschild LLP, 2000 Market Street,** |
| | : | **20th Floor, Philadelphia, PA 19103** |
| | : | |
| | : | **SALE HEARING** |
| Debtors. | : | **Hearing Date:** _____, 2016 @ __.m. ET |
| | : | **Obj. Date:** _____, 2016 @ __.m. ET |

### NOTICE OF BID DEADLINE, AUCTION AND SALE HEARING FOR THE APPROVAL OF THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

PLEASE TAKE NOTICE THAT on _____, 2016 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bidding Procedures Order") approving certain bidding and auction procedures (the "Bidding Procedures") and related schedules and deadlines for the sale by AF-Southeast, LLC, *et al.* (collectively, the "Debtors"), the Debtors and debtors-in-possession in the above captioned cases ("Cases"), of substantially all of the assets and personal property (the "Purchased Assets") of the Debtors.

PLEASE TAKE FURTHER NOTICE THAT all interested parties are invited to seek to become a Qualified Bidder and submit a Qualified Bid to purchase the Purchased Assets in accordance with the terms of the Bidding Procedures Order and the Bidding Procedures. Only Qualified Bidders who have submitted Qualified Bids shall be eligible to participate in the Auction. *All interested potential bidders should carefully read the Bidding Procedures, a copy of which is attached hereto as Exhibit A. All interested potential bidders should contact*

*counsel for the Debtors for a copy of the proposed Purchase Agreement referenced in the Bidding Procedures.*[2]

PLEASE TAKE FURTHER NOTICE THAT the following dates and times shall apply with respect to the Bidding Procedures:

| | |
|---|---|
| **General Bid Deadline:** | July 7, 2016 at 5 p.m. (prevailing ET) |
| **Auction:** | July 12, 2016 at 10 a.m. (prevailing ET) |
| **Sale Hearing:** | July 14, 2016 at ___m. (prevailing ET) |
| **Sale Closing:** | on or before July 18, 2016 |

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO 11 U.S.C. §§ 363(b) AND (f), THE PROPOSED SALE IS FREE AND CLEAR OF LIABILITIES (OTHER THAN ASSUMED LIABILITIES AND PERMITTED ENCUMBRANCES) OF OTHERS, AND ALL SUCH LIABILITIES SHALL ATTACH TO THE PROCEEDS OF THE SALE WITH THE SAME VALIDITY AND PRIORITY THAT EXISTED IMMEDIATELY PRIOR TO THE SALE.

PLEASE TAKE FURTHER NOTICE THAT the Bankruptcy Court shall hold a sale hearing (the "Sale Hearing") **on _____, 2016 at ___.m. (Eastern Time),** or such other date and time as may be convenient to the Bankruptcy Court, or as may be announced at the Sale Hearing without further notice. At the Sale Hearing, the Debtors intend to request that the Bankruptcy Court enter an order approving, among other things, the Prevailing Bid for the Purchased Assets, and under that order the Debtors will transfer the Purchased Assets to the Prevailing Bidder free and clear of Liabilities (other than Liabilities assumed by the Prevailing

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: (i) AF-Southeast, LLC (8002); (ii) Allied Fiber – Florida, LLC (8111); and (iii) Allied Fiber – Georgia, LLC (2935).
[2] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Purchase Agreement, Bidding Procedures Order and/or the Bidding Procedures.

Bidder), including Assigned Contracts.  At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of the Cases.

PLEASE TAKE FURTHER NOTICE THAT any objections to the sale of the Purchased Assets to the Prevailing Bidder or to the Purchase Agreement submitted by the Prevailing Bidder shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) set forth the name of the objecting party, the nature and amount of any claims or interest held or asserted against the Debtors' estate or their properties, the basis for the objection and the specific grounds therefore; and (d) be filed with the Court and served on the following: (i) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attention: Linda J. Casey, Esq., (linda.casey@usdoj.gov); (ii) proposed counsel for the Debtors, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania 19103, Attention: Michael Menkowitz, Esq. (mmenkowitz@foxrothschild.com), Joshua   T.   Klein,   Esq.(jklein@foxrothschild.com),   Jason   C.   Manfrey,   Esq. (jmanfrey@foxrothschild.com), and L. John Bird, Esq., 919 Market Street, Suite 300, Wilmington, DE 19801 (lbird@foxrothschild.com); (iii) co-counsel for the DIP Lender, Neligan Foley LLP, 325 N. St. Paul, Suite 3600, Dallas, TX 75201, Attention: Patrick J. Neligan, Jr., Esq (pneligan@neliganlaw.com) and John D. Gaither, Esq. (jgaither@neliganlaw.com); and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attention: Mark D. Collins, Esq. (Collins@rlf.com) and Jason M. Madron, Esq. (madron@rlf.com), (iv) counsel for the Official Committee of Unsecured Creditors, if one is appointed, and (v) counsel for the Prevailing Bidder, so as to be received no later than **5:00 p.m.**

(Eastern Time) on _____, 2016 (the "Sale Objection Deadline"). Service of objections to the Sale of the Purchased Assets may be served upon the Objection Notice Parties by e-mail.

       **PLEASE TAKE FURTHER NOTICE THAT any entity that fails to file and serve an objection before the Sale Objection Deadline shall be prohibited from asserting at the Sale Hearing or at any time thereafter any objection to the Motion for approval of the Sale of the Purchased Assets or the consummation and performance of the Sale as contemplated by the terms of the Purchase Agreement submitted by a Prevailing Bidder, including the transfer of the Purchased Assets free and clear of all Liabilities (other than Liabilities assumed by the Prevailing Bidder).**

       PLEASE TAKE FURTHER NOTICE THAT if a copy of the Motion to approve the Sale of the Purchased Assets is not enclosed, you may obtain a copy by contacting counsel for the Debtors at the address set forth above.

       PLEASE TAKE FURTHER NOTICE THAT this Notice is subject to the full terms and conditions of the Bidding Procedures and the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.

       **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

                  **FOX ROTHSCHILD LLP**

              By: */s/ L. John Bird*_____
                   L. John Bird
                   Delaware Bar No. 5310
                   919 North Market Street, Suite 300
                   Wilmington, DE  19801-2323
                   Phone (302) 654-7444/Fax (302) 656-8920

lbird@foxrothschild.com
-and-
Michael G. Menkowitz
Joshua T. Klein
Jason C. Manfrey
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jklein@foxrothschild.com
jmanfrey@foxrothschild.com

Dated: _____, 2016

Proposed counsel for AF-Southeast, LLC, *et al.*, the Debtors and Debtors-in-Possession