# **<u>Exhibit A</u>**

**AF - Southeast, LLC Consolidated**
**DRAFT Operating Cash Requirements from April 20, 2016 to August 5, 2016**
**Key Assumptions and Comments:**
  a. Core team only to support/maintain network and customers
  b. No marketing, sales, sales support staff
  c. Legal expenses reflected outside of operating costs; *subject to change and increase*

| | Actual | | | | | | | | | Updated | | | | Additional | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/18/2016 | 4/25/2016 | 5/2/2016 | 5/9/2016 | 5/16/2016 | 5/23/2016 | 5/30/2016 | 6/6/2016 | 6/13/2016 | 6/20/2016 | 6/27/2016 | 7/4/2016 | 7/11/2016 | 7/18/2016 | 7/25/2016 | 8/1/2016 | Total |
| **Recurring Revenue** | $ - | $ 5,000 | $ 13,240 | $ 7,500 | $ - | $ - | $ 5,000 | $ 13,240 | $ 7,500 | $ - | $ - | $ - | $ 8,240 | $ 12,500 | $ 5,000 | $ - | $ 77,220 |
| **COGS** | | | | | | | | | | | | | | | | | |
| RoW Rent (assumes June and July pmts paid in advance as post-petition) | $ - | $ - | $ - | $ 110,272 | $ - | $ - | $ - | $ 110,272 | $ - | $ - | $ - | $ - | $ 158,000 | $ - | $ - | $ 158,000 | $ 536,544 |
| Colo Rent | | | | 36,190 | | | | 40,209 | | | | 19,523 | | | 17,865 | 19,935 | 133,722 |
| Colo Costs | | 1,772 | | 10,980 | | | 4,059 | 11,382 | 25,128 | 10,000 | 23,750 | 23,750 | 23,750 | 20,687 | 20,687 | 20,687 | 196,631 |
| Travel - Ops Team | | | | | | | | 1,530 | | | 7,500 | | | | 2,500 | | 11,530 |
| Insurance | | | | | | | | 199,653 | | 6,000 | | | | | | | 205,653 |
| Contingency | | | | | | | | | | 6,250 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 81,250 |
| **Subtotal - COGS** | - | 1,772 | - | 157,442 | - | - | 4,059 | 363,046 | 25,128 | 22,250 | 43,750 | 213,773 | 36,250 | 33,187 | 53,552 | 211,122 | 1,165,329 |
| **SG&A** | | | | | | | | | | | | | | | | | |
| Payroll + Benefits (Core Team Only) | | 70,276 | | 50,363 | | | 68,395 | | 51,302 | | 70,250 | | 243,000 | | 155,000 | - | 708,586 |
| Incentive Plan (Motion to be filed) | | | | | | | | | | | | | | | | 700,000 | 700,000 |
| Admin & Operations Travel | 2,351 | 516 | | | | | | | 6,760 | | 10,000 | | | | 5,000 | | 24,627 |
| Legal | | | | | | | | | | | 12,500 | | 2,500 | | | | 15,000 |
| Professional Services | | | | 1,500 | | | | | | | 5,000 | | 25,000 | | | | 31,500 |
| Office & All Other | 1,335 | | 5,568 | | | 19,617 | 5,379 | 4,123 | 8,313 | | 10,000 | | 285,000 | | 10,000 | | 349,335 *** |
| **Subtotal - SG&A** | 3,686 | 70,792 | 5,568 | 51,863 | - | 19,617 | 73,774 | 4,123 | 66,375 | - | 107,750 | - | 555,500 | - | 170,000 | 700,000 | 1,829,048 |
| **Subtotal AF- Southeast LLC Operating Costs only** | 3,686 | 72,564 | 5,568 | 209,305 | - | 19,617 | 77,833 | 367,169 | 91,503 | 22,250 | 151,500 | 213,773 | 591,750 | 33,187 | 223,552 | 911,122 | 2,994,377 |
| **Post-Petition Vendor Deposits** | | | | | | | | | | | | | | | | | |
| Florida East Coast Railroad (FECR) [ assume no deposit request, obligations paid one-year in advance] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Norfolk Southern/T-Cubed RoW ($110,272 monthly lease costs) assuming June and July pmts due in advance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tower Cloud advance payments requested (three months rent) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Colocation Facilities (2 months under various leases) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal Post-petition Vendor Deposits** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Capex** | | | | | | | | | | | | | | | | | |
| Corporate capex - replacement computers | 3,488 | | | 3,716 | | | | | | | 5,000 | 2,500 | | | | | 14,704 |
| Customer capex support | | | | | | | | | | | | 30,000 | | | | | 30,000 |
| All Aboard Florida capex | | | | | | (71,298) | | | | | | | | | | | (71,298) |
| Tower Cloud - exercise of IRU purchase option on GA segment | | | | | | | | | | | 2,227,743 | | | | | | 2,227,743 |
| **Subtotal - Capex** | 3,488 | - | - | 3,716 | - | (71,298) | - | - | - | - | 2,232,743 | 32,500 | - | - | - | - | 2,201,149 |
| **Bankruptcy Legal and Professional Services** | | | | | | | | | | | | | | | | | |
| Fees and expenses of the Clerk of the Court and the U.S. Trustee* | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fees and expenses of Creditors' Committee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Lenders Professional Fees | | | | | | | | | | | | | 250,000 | 25,000 | 25,000 | 25,000 | 325,000 |
| Debtor's Counsel: Fox Rothchild LLP | | | | | | | | 30,188 | | | | | 100,000 | 225,000 | - | - | 355,188 |
| Debtor's Financial Advisors: PMCM | | | | | | | | | | 32,250 | 32,250 | 32,250 | 32,250 | 32,250 | 32,250 | 132,250 | 325,750 |
| **Subtotal - Bankruptcy Legal and Professional Services** | - | - | - | - | - | - | - | 30,188 | - | 32,250 | 32,250 | 32,250 | 382,250 | 282,250 | 57,250 | 157,250 | 1,005,938 |
| **Debt Service** | | | | | | | | | | | | | | | | | |
| Strome Mezzanine Fund IV, L.P. Interest (assumed PIK) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal - Debt Service** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Budget for [ 90 day ] period** | $ 7,174 | $ 72,564 | $ 5,568 | $ 213,021 | $ - | $ (51,681) | $ 77,833 | $ 397,357 | $ 91,503 | $ 54,500 | $ 2,416,493 | $ 278,523 | $ 974,000 | $ 315,437 | $ 280,802 | $ 1,068,372 | $ 6,201,464 |

*US Trustee fees will be paid in full through the Termination of the DIP
***This amount contains $275,000 of Florida Property taxes that was court approved but not in the previously filed budget.