## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| AF-SOUTHEAST, LLC, *et al.*,[1] | : Case No. 16-11008 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Re: Docket No. 145 |

### AGREED ORDER REGARDING MOTION OF ALLIED FIBER, LLC PURSUANT TO 11 U.S.C. § 363(k) TO LIMIT CREDIT BID RIGHTS OF SENIOR SECURED CREDITOR AND TO REQUIRE CASH ESCROW FOR ANY BID BY SENIOR SECURED CREDITOR IN EXCESS OF ITS UNDISPUTED CLAIM AMOUNT

Upon consideration of the motion [D.I. 145] (the "Motion") of Allied Fiber, LLC ("Allied Fiber"), in the above-captioned chapter 11 cases, to limit the credit bidding rights of Strome Mezzanine Fund IV, L.P. ("Strome"),[2] all as more fully set forth in the Motion; and upon consideration of the agreement of the parties as set forth below and the record before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, in connection with any sale of the Debtors' assets under 11 U.S.C. § 363, Strome shall be permitted to credit bid and offset pursuant to 11 U.S.C. § 363(k) all amounts due and owing under the Loan Documents, as set forth in the DIP Order, *provided*, *however*, that, in the event Strome is the prevailing bidder at such sale on account of a credit bid made on or prior to August 1, 2016 exceeding $38,500,000, Strome shall be required to deposit cash in an amount equal to any portion of such credit bid and offset attributable to the Make Whole in an escrow pending the Court's determination of the amount of the Make Whole in the Adversary Proceeding (Adv. Pr. No. 16-51013-KG), at which point the cash shall be distributed from escrow in accordance with the orders of the Court; and it is further

ORDERED that, in the event Strome is not the prevailing bidder at any sale of the Debtors' assets under 11 U.S.C. § 363, any sale proceeds claimed by Strome on account of the Make Whole shall be deposited in an escrow pending the Court's determination of the amount of the Make Whole in the Adversary Proceeding (Adv. Pr. No. 16-51013-

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: (i) AF-Southeast, LLC (8002); (ii) Allied Fiber – Florida, LLC (8111); and (iii) Allied Fiber – Georgia, LLC (2935).

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

KG), at which point the cash shall be distributed from escrow in accordance with the orders of the Court; and it is further

ORDERED Allied Fiber and/or its counsel shall be entitled to attend and otherwise observe the auction; and it is further

ORDERED that nothing contained in this Order shall affect the Adversary Proceeding, and the parties thereto reserve all rights.

Dated: June 30, 2016

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE